**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 83105
425TH STREET, BIRD ISLAND, MINNESOTA,
RENVILE COUNTY, with all buildings, improvements,
fixtures, appurtenances and attachments thereto
and any and all proceeds form its sale or transfer,

Defendant.

Civil No. 01-328 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Robert Small, First Assistant United States Attorney, 600 U.S. Courthouse, 300 4th Street South, Minneapolis, MN 55415, counsel for Plaintiff.

No appearance by Defendant.

---

The court having been advised by counsel for the United States of America,

**IT IS ORDERED** that this action is voluntarily dismissed.

Dated: March 13, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 13 2002
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________